THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM I. JABLON, True Name WILLIAM IRVING JABLON, Appellant.— Judgment of the County Court of Queens county, convicting appellant of the crime of abortion, and order denying appellant's motion to set aside the verdict and for a new trial, unanimously affirmed.

Appeal from order denying motion to inspect the grand jury minutes dismissed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.